UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ALAN BREWER,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FCI MENDOTA,<br><br>Respondent. | Case No.  1:24-cv-01258-HBK (HC)<br><br>ORDER CONSTRUING PETITION AS MOTION TO AMEND PETITION IN CASE NO. 1:24-cv-00918-EPG<br><br>ORDER DIRECTING CLERK OF COURT TO RE-FILE INSTANT PETITION AS MOTION TO AMEND IN CASE NO. 1:24-cv-00918-EPG<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE THIS CASE |

      Petitioner Stephen Alan Brewer, a federal prisoner, is proceeding pro se on a petition for writ of habeas corpus under 28 U.S.C. § 2241.  (Doc. No. 1, "Petition").  The Court takes judicial notice of its own files which reveal that Petitioner has a previously filed federal petition in this Court challenging the same conviction at case number 1:24-cv-00918-EPG.  Thus, the Court construes the filing as a motion to amend the petition filed in Petitioner's earlier case and orders this matter closed.

      In *Woods v. Carey*, the Ninth Circuit held that, under certain circumstances, if a pro se petitioner files a habeas petition during the pendency of a previous petition, the district court should construe the second petition as a motion to amend the previous petition.  525 F.3d 886, 889-90 (9th Cir. 2008).  Hence, *Woods* appears to require a district court to construe a "second or

successive" petition filed while an earlier petition is still pending in the district court as a motion to amend the earlier petition.

Because Petitioner has a pending federal habeas petition in case number 1:22-cv-00918-EPG, which challenges the same conviction as in this case, the Court must construe this Petition as a motion to amend the earlier-filed petition. *See id*. at 889-90.

Accordingly, it is **ORDERED**:

1. The Court construes the Petition (Doc. No. 1) as a motion to amend the Petition in case number 1:24-cv-00918-EPG.
2. The Clerk of Court is DIRECTED to docket the Petition in this case as a motion to amend in case number 1:22-cv-00918-EPG.
3. The Clerk of Court is directed to close this case.

Dated:     October 29, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE